## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**DARREN BARBER**                                                                                  **PLAINTIFF**
**ADC #164966**

**v.**                                          **Case No. 3:20-cv-00336-KGB**

**CLINTON BAKER, Lieutenant,**
**Grimes Unit,** *et al.*                                                                **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States

Magistrate Judge J. Thomas Ray (Dkt. No. 4).  Plaintiff Darren Barber has not filed any objections,

and the time to file objections has passed.  Accordingly, after careful consideration, the Court

concludes that Recommended Disposition should be, and hereby is, approved and adopted in its

entirety as this Court's finding in all respects (*Id.*).  The Court dismisses without prejudice Mr.

Barber's complaint for failing to state a claim upon which relief may be granted (Dkt. No. 2).  This

dismissal counts as a "strike," pursuant to 28 U.S.C. § 1915(g).  The Court certifies, pursuant to

28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in

good faith.

It is so ordered this the 1st day of February, 2021.

Kristine G. Baker
United States District Judge