**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**DARREN BARBER**                                                              **PLAINTIFF**
**ADC #164966**

**v.**                            Case No. 3:20-cv-00336-KGB

**CLINTON BAKER, Lieutenant,**
**Grimes Unit,** *et al.*                                            **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Darren Barber's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so adjudged this the 1st day of February, 2021.

                                                                         Kristine G. Baker
                                                                         United States District Judge